No. 71–6137. Gilmore v. Maryland. Ct. App. Md.

No. 71–6138. Terry v. Missouri. Sup. Ct. Mo.

No. 71–6154. Boykin v. Florida. Sup. Ct. Fla.

No. 71–6156. Young v. Ohio. Sup. Ct. Ohio.

No. 71–6183. Matthews v. Texas. Ct. Crim. App. Tex.

No. 71–6204. Brown v. Virginia. Sup. Ct. Va.

No. 71–6223. Music v. Washington. Sup. Ct. Wash.

No. 71–6224. Chance v. North Carolina. Sup. Ct. N. C.

No. 71–6282. Canaday v. Washington. Sup. Ct. Wash.

No. 71–6539. Menthen v. Oklahoma. Ct. Crim. App. Okla.

No. 71–6592. Delgado v. Connecticut. Sup. Ct. Conn.

No. 71–819. Thomas et al. v. Shirck; and

No. 71–946. Shirck v. Thomas et al. C. A. 7th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Board of Regents of State Colleges* v. *Roth, ante,* p. 564. Mr. Justice Douglas would affirm the judgment below.